# MEMORANDUM DECISIONS.

[Civil No. 276.]

TERRITORY OF ARIZONA, Appellee, v. THE PER-
SONS, ASSOCIATIONS, CORPORATIONS, FIRMS,
COMPANIES, and REAL ESTATE, LANDS and
PROPERTY described in the Delinquent Tax List of the
County of Mohave for the year 1888. Appeal of AT-
LANTIC AND PACIFIC RAILROAD COMPANY,
Appellant.

APPEAL from the District Court of the Third Judicial
District in and for the County of Mohave. James H. Wright,
Judge.

·William C. Hazledine, Solicitor, and J. A., Williamson and
E. M. Sanford, for Appellant.

Clark Churchill, Attorney-General, and William G. Blakely,
for Appellee.

January 13, 1892. Dismissed on stipulation.

----

[Civil No. 282.]

TERRITORY OF ARIZONA, Appellee, v. THE PER-
SONS, ASSOCIATIONS, CORPORATIONS, FIRMS,
COMPANIES, and REAL ESTATE, LANDS and
PROPERTY described in the Delinquent Tax List of the
County of Apache for the year 1888. Appeal of AT-
LANTIC AND PACIFIC RAILROAD COMPANY, Ap-
pellant.

APPEAL from the District Court of the Third Judicial
District in and for the County of Apache. James H. Wright,
Judge.

( 441 )